No. 04–5313. MEANS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5314. L'HEUREUX v. ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5315. LARRY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5316. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5317. PIMENTEL v. WALSH, SUPERINTENDENT, SULLIVAN. CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5319. CHRISTOPHER v. TRANSIT INSURANCE GROUP. Cir. Ct. Baltimore County, Md. Certiorari denied.

No. 04–5320. CARNOHAN v. NEWCOMB. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.

No. 04–5321. OCHOA CANALES v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5322. STEELE v. MURPHY, SUPERINTENDENT, MASSACHUSETTS TREATMENT CENTER. C. A. 1st Cir. Certiorari denied.

No. 04–5324. SPARKS v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 04–5325. MCCREARY v. JEFFERSON SMURFIT CORP. C. A. 11th Cir. Certiorari denied.

No. 04–5326. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5328. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5329. BRIDGMAN v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied.